UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-24720-MGC

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>v.<br><br>HERTZ GLOBAL HOLDINGS, INC., a Delaware corporation and THE HERTZ CORPORATION, a Delaware corporation,<br><br>        Defendants. | **CONFIDENTIAL ADDENDUM TO CONSENT DECREE** |

## NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, hereby advises the Court that the parties have reached a global settlement in the instant case and will file a Joint Stipulation of Dismissal immediately upon the execution of all obligations pursuant to the confidential settlement agreement.

Dated: March 1st, 2018

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
FBN: 535451
ALFREDO GARCIA-MENOCAL
FBN: 533610
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone (305)553- 3464
Facsimile (305)553-3031
Primary Email: ajperezlaw@gmail.com
Secondary Email:
mpomares@lawgmp.com, agmlaw@bellsouth.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1st, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By: ___/s/ Anthony J. Perez, Esq.___
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610