UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24720-Civ-COOKE/GOODMAN

ANDRES GOMEZ,

    Plaintiff,

vs.

HERTZ GLOBAL HOLDINGS, INC., a
Delaware corporation and THE HERTZ
CORPORATION, a Delaware corporation,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING
## CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before me on Plaintiff's Notice of Settlement (ECF No. 9). The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or the parties filing a stipulation of dismissal, pursuant to Rule 41(a)(1)(A)(ii). In the event a stipulation of final dismissal is filed, and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

A notice or stipulation of dismissal shall be filed within thirty (30) days of this Order. The Clerk shall *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 8th day of March 2018.

                                                  */s/ Marcia G. Cooke*
                                                  MARCIA G. COOKE
                                                  United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*