UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24720-Civ-COOKE/GOODMAN

ANDRES GOMEZ,

    Plaintiff,

vs.

HERTZ GLOBAL HOLDINGS, INC., a
Delaware corporation and THE HERTZ
CORPORATION, a Delaware corporation,

    Defendants.
_____/

## ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before me pursuant to the Consent Decree (ECF No. 11-1) reached between the parties and their Joint Motion for Approval and Entry of Consent Decree ("Joint Motion") (ECF No. 11). I have reviewed carefully the Joint Motion, the record, and the Consent Decree.

It is hereby **ORDERED and ADJUDGED** that the Joint Motion is **GRANTED**. The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.* Pursuant to Federal Rule of Civil Procedure 54, the Consent Decree is hereby **APPROVED and ENTERED**, and this action is **DISMISSED** *with prejudice*. Each party shall bear his or their own fees and costs except as provided in the Consent Decree.

The Court shall retain jurisdiction to enforce the Consent Decree and monitor and enforce Defendant's compliance with the terms of the Consent Decree to the extent necessary. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 3rd day of April 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*

2